#129200
√#732774

FILED
2011 JAN 13 PM 4:13
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                 *         CASE # 05-38039 S
                                    CHAPTER 13
                *

Barnett Jr., Curtis A. & Elnora Barnett
Debtor                 *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. The name(s) of the person(s) to whom such non-negotiated checks were issued, the amounts of such check(s) and the check number(s) are:

| Check # | Payee | Amount | Date Issued |
|---------|-------|--------|-------------|
| 704885 | Curtis Barnett Jr & Elnora Barnett<br>857 Carver<br>Toledo, OH 43607 | 1.60 | 8/31/10 |

2. Your trustee's check #732774 for a total of $1.60 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 12/22/10

                                                  John P. Gustafson
                                                  Trustee in Bankruptcy